# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS RAY CROSSGUNS,<br><br>Defendant. | CR-11-106-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered Findings and Recommendations in this matter on January 30, 2015. (Doc. 52). Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Thomas Ray Crossguns admitted to having committed the following three violations:

(1) the preamble by using a controlled substance;

(2) the modified condition by failing to comply with the location monitoring requirements;

(3) standard condition 3 by failing to answer the United States Probation Officer truthfully.

Judge Johnston found Crossguns's admissions sufficient to establish a supervised release violation. *Id*. Judge Johnston recommends that this Court revoke Crossguns's supervised release. *Id*. Judge Johnston further recommends that the Court sentence Crossguns to 7 months imprisonment with a term of 23 months supervised release to follow. *Id*.

Crossguns's criminal history is category I, the current offense is a Grade C violation, and the underlying offense is a Class C felony. The statutory range is a maximum of 24 months in custody followed by a term of supervised release up to 30 months, less any custody time imposed. The guideline range is 3 to 9 months in custody.

This Court finds no clear error in Judge Johnston's Findings and Recommendations and adopts them in full. Crossguns admitted that he violated the preamble by using a controlled substance, the modified condition by failing to comply with the location monitoring requirements, and standard condition 3 by failing to answer the United States Probation Officer truthfully. The Court has

already revoked Crossguns's supervised release once. A sentence of 7 months imprisonment followed by 23 months of supervised release is appropriate.

**IT IS HEREBY ORDERED** that the Findings and Recommendations (Doc. 52) are ADOPTED IN FULL and Judgment shall be entered accordingly.

DATED this 20th day of February, 2015.

Brian Morris
United States District Court Judge